**96–2679. State v. Hall.**

Summit App. Nos. 17315 and 17390. On motion for leave to file delayed appeal. Motion denied.
Moyer, C.J., Resnick and Pfeifer, JJ., dissent.

**96–2712. State v. Salazar.**

Hamilton App. No. C–950047. On motion for leave to file delayed appeal. Motion denied.
Pfeifer, Cook and Lundberg Stratton, JJ., dissent.

**96–2715. State v. Bartelson.**

Trumbull App. No. 95–T–5322. On motion for leave to file delayed appeal. Motion granted.
Douglas, Resnick and F.E. Sweeney, JJ., dissent.

**96–2724. State v. Judd.**

Franklin App. No. 96APA03–330. On motion for leave to file delayed appeal. Motion granted.
Moyer, C.J., Douglas and F.E. Sweeney, JJ., dissent.

**96–2733. State v. Greathouse.**

Huron App. No. H–96–014. On motion for stay of execution of sentence. Motion denied.

**96–2752. State ex rel. Williams v. Brigano.**

Warren App. No. CA96–10–108. On motion for stay. Motion denied.
Cook, J., dissents.

**96–2768. Bratton v. E. Ohio Gas.**

Summit App. No. 18137. On motion for stay. Motion denied.

**96–2881. State v. Lawson.**

Cuyahoga App. No. 69899. On motion for stay. Motion denied.
Moyer, C.J., dissents.

**97–20. Foster v. Turner.**

Madison App. No. CA96–07–028. This cause is pending before the court as a claimed appeal of right. Upon consideration of appellant's motion for appeal bond,

IT IS ORDERED by the court that the motion for appeal bond be, and hereby is, denied.